# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO: WA:24-CR-00256(1)-ADA |
| § | |
| (1) LUIS ANTONIO CUELLAR-FIGUEROA § | |

## **ORDER**

      On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed December 17, 2024, wherein the defendant (1) LUIS ANTONIO CUELLAR-FIGUEROA waived appearance before this Court and appeared before United States Magistrate Judge Jeffrey C. Manske for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) LUIS ANTONIO CUELLAR-FIGUEROA to the Report and Recommendation, the Court enters the following order:

      **IT IS THEREFORE ORDERED** that the defendant (1) LUIS ANTONIO CUELLAR-FIGUEROA's plea of guilty to Count One (1) is accepted.

      Signed this 3rd day of January, 2025.

                                                      _____
                                                      ALAN D ALBRIGHT
                                                      UNITED STATES DISTRICT JUDGE